## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| REPWIRE LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 22-00016 |
| *Defendant,* | ) |
| and | ) |
| SOUTHWIRE COMPANY, LLC | ) |
| *Defendant-Intervenor.* | ) |

## **ORDER**

Upon consideration of the Motion to Intervene as Defendant-Intervenor filed by Encore Wire Corporation ("Encore"), and upon consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that the motion is granted; and

**FURTHER ORDERED** that Encore be entered as a Defendant-Intervenor in the above-captioned action.

_____
The Hon. Jennifer Choe-Groves, Judge

Dated: _____, 2022
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| REPWIRE LLC, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| UNITED STATES, | ) Court No. 22-00016 |
| *Defendant,* | ) |
| and | ) |
| SOUTHWIRE COMPANY, LLC | ) |
| *Defendant-Intervenor.* | ) |

## MOTION TO INTERVENE AS DEFENDANT-INTERVENOR AS A MATTER OF RIGHT

Pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rules 24 and 56.2 of the Rules of the U.S. Court of International Trade (the "CIT Rules"), Encore Wire Corporation ("Encore") moves to intervene in this action as a matter of right. In accordance with CIT Rule 7(f), on March 23, 2022, undersigned counsel contacted David John Craven, counsel for Plaintiff Repwire LLC, Eric J. Singley, counsel for Defendant the United States, and Sydney Howard Mintzer, counsel for Defendant-Intervenor Southwire Company, LLC, concerning this motion. Mr. Craven, Mr. Singley, and Mr. Mintzer were unable to indicate their respective client's position prior to the filing of Encore's motion.

Plaintiff contests certain aspects of the final results of the 2019-2020 administrative review of the antidumping order covering aluminum wire and cable from the People's Republic of China, published by the U.S. Department of Commerce as *Aluminum Wire and Cable From*

1

Court No. 22-00016

*the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2019-2020*, 86 Fed. Reg. 73,251 (Dec. 27, 2021).  Encore is a U.S. producer of the domestic like product and participated in the challenged administrative review by, *inter alia*, entering an appearance, filing comments, and filing a rebuttal brief, and therefore is an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3), 1677(9)(C) and a party to the proceeding within the meaning of 19 U.S.C. §§ 1516a(d) and may intervene in this action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).  Encore has a direct interest in the subject matter of this litigation and seeks intervention on the side of the Defendant, United States.  Finally, consistent with CIT Rule 24(a)(3), this motion is timely filed within 30 days after the date of service of Plaintiff's complaint in this action upon Encore.

      Given the foregoing, we respectfully request that the Court grant Encore's motion to intervene as a matter of right.

Respectfully submitted,

/s/ Jack A. Levy

Jack A. Levy
CASSIDY LEVY KENT (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone:  (202) 567-2313
Fax:     (202) 567-2301
Email: jlevy@cassidylevy.com

*Counsel to Encore Wire Corporation*

Dated:  March 23, 2022