FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>Jack A. Levy</u>
(Name of attorney of record)
on behalf of <u>Encore Wire Corporation</u> in the matter of <u>Repwire LLC v. United States</u>, Court No. <u>22-00016</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
<u>Encore Wire Corporation is publicly traded on the NASDAQ exchange under the symbol WIRE.</u>
<u>BlackRock Inc., which is publicly traded on the New York Stock Exchange under the symbol BLK</u>
<u>has a 10% or greater (approximately 15%) ownership interest in Encore Wire Corporation.</u>

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.
Not applicable.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
Not applicable.


    /s/ Jack A. Levy                                  March 23, 2022
(Signature of Attorney)                              (Date)

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)