UNITED STATES COURT OF INTERNATIONAL TRADE
Before the Hon.  Jennifer Choe-Groves, Judge

Repwire LLC,

*Plaintiff,*

Jin Tiong Electrical Materials
Manufacturer PTE, Ltd,

*Consolidated Plaintiff,*

v.

United States,                                             Cons. Ct. No. 22-00016

*Defendant,*

Southwire Company,

*Defendant-Intervenor,*

and

Encore Wire Corp.,

*Defendant-Intervenor.*

NOTICE OF APPEAL

Notice is hereby given that Repwire LLC, plaintiff and Jin Tiong Electrical

Materials Manufacturer PTE, Ltd consolidated plaintiff,  in the above-named case

hereby appeals to the United States Court of Appeals for the Federal Circuit from

the order entering Judgment in this action on March 20, 2023 (ECF No. 46), the

order of March 20, 2023 sustaining the final results (ECF No. 45), and from the underlying Slip Opinion issued on March 20, 2023 (ECF No. 45).

The $505.00 notice of appeal fee has been paid through the Court's Electronic Filing System.

Respectfully submitted,

/s/ David Craven
David Craven

Counsel to Repwire LLC and Jin Tiong Electrical Materials Manufacturer PTE, Ltd

Dated: May 18, 2023