# United States Court of Appeals for the Federal Circuit

---

**REPWIRE LLC, JIN TIONG ELECTRICAL MATERIALS MANUFACTURER PTE. LTD.,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, SOUTHWIRE COMPANY, LLC,**

*Defendants-Appellees*

**ENCORE WIRE CORPORATION**

*Defendant*

---

2023-1933

---

Appeal from the United States Court of International Trade in Nos. 1:22-cv-00016-JCG, 1:22-cv-00023-JCG, Judge Jennifer Choe-Groves.

---

## MANDATE

---

In accordance with the judgment of this Court, entered August 19, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 10, 2025

Date

Jarrett B. Perlow

Clerk of Court